## KING-HODGSON COMPANY *v.* STONE.

EVANS, P. J.  There was no abuse of discretion in refusing a temporary injunction.                    *Judgment affirmed. All the Justices concur.*
OCTOBER 15, 1912.

Petition for injunction. Before Judge Brand. Jackson superior court. May 23, 1912.

*J. B. Gamble,* for plaintiff.  *W. W. Stark,* for defendant.